Jackson Scarborough and Arthur Daughtrey,
Plaintiffs in Error, vs. The State of Florida,
Defendant in Error.

CRIMINAL LAW—VERDICT SUSTAINED BY EVIDENCE AFFIRMED.

Where the only error urged or assigned in a criminal case is that the
verdict is contrary to the evidence, and is not supported there-
by, the judgment will be affirmed, if the appellate court is of
the opinion that the evidence in the record does sustain the
verdict found.

Writ of Error to the Circuit Court for DeSoto
county.

The facts in the case are stated in the opinion of the
court.

*S. T. Fletcher* and *R. W. & W. M. Davis*, for
Plaintiffs in Error.

*The Attorney-General*, for Defendant in Error.

Taylor, C. J.:

The plaintiffs in error were tried and convicted at
the Spring term, 1896, of the Circuit Court of DeSoto

county of the crime of larceny of cattle, and sentenced to two years confinement in the penitentiary, from which sentence they bring writ of error.

The only assignment of error urged here is that the verdict was contrary to the evidence, and is not supported thereby.

Fruitless would be the task of rehearsing the evidence here. We have considered it carefully, and are unable to agree with the counsel for the plaintiffs in error that it is insufficient to support the verdict of conviction found by the jury thereon. On the contrary, we think that it does sustain the verdict found, and the judgment of conviction predicated thereon is, therefore, hereby affirmed.